**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

TEL. NO. 773-2140
(AREA CODE 203)

**KEVIN F. ROWE**
CLERK

FILED

DEC 12  3 48 PM '03

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

U.S. DISTRICT COURT
NEW HAVEN, CONN.

December 12, 2003

3:03cv672 (MRK) Radolf v Deckers

NOTICE TO COUNSEL

WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE JANET BOND ARTERTON, UNITED STATES DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE MARK R. KRAVITZ, UNITED STATES DISTRICT JUDGE, WHO SITS IN NEW HAVEN. COUNSEL SHOULD FILE ALL FUTURE FILINGS WITH THE OFFICE OF THE CLERK, 141 CHURCH STREET, NEW HAVEN, CT 06510. THE INITIALS MRK SHOULD APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK